ORDER UNSEALING INDICTMENT

Case Number: 06-4002-CR-C-NKL

A defendant having been arrested, it is ordered that this indictment be unsealed, and then processed in accordance with established procedure and law.

/s William A. Knox
U.S. Magistrate Judge

7/25/06
Date